1  Ruben T. Varela (Full Name)
2  2249 Camino Del Sol (Address Line 1)
3  Fullerton, CA. 92833 (Address Line 2)
4  (714) 864-0150 (Phone Number)
5  Plaintiff in Pro Per

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ruben T. Varela,

    Plaintiff,

vs.

TATE & KIRLIN ASSOCIATES, INC.;

AND

TRANS UNION, LLC,

    Defendant(s).

Case No.: SACV11-00888 JVS (MLGx)

**REQUEST FOR SERVICE BY MARSHAL PURSUANT TO FED. R. CIV. P. 4(c)(3) AND 28 U.S.C. § 1915(d)**

    Plaintiff Ruben T. Varela hereby requests this Court to order service of her summons and complaint to be made by the U.S. Marshal Service upon the following Defendant(s):

TATE & KIRLIN ASSOCIATES, INC., and TRANS UNION, LLC

    Plaintiff's request is made pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d).

Federal Rule of Civil Procedure 4(c)(3) reads, "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court **must so order** if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916." (emphasis added.)

42 U.S.C. § 1915(d) reads in relevant part, "The officers of the court shall issue and serve all process, and perform all duties in such (in forma pauperis) cases."

Based on the above, Plaintiff requests that the Court grant this request.

Date: 6-21-2011

_____
(signature)

Ruben T. Varela
(name)

Plaintiff in Pro Per