**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| RUBEN T. VARELA,<br><br>            Plaintiff,<br><br>     vs.<br><br>TATE & KIRLIN ASSOCIATES, INC.,<br><br>            Defendant. | CASE NO. 8:11-CV-00888-JVS-MLG<br><br>ORDER OF DISMISSAL |

1  Having considered the parties' Stipulation of Dismissal, the above-entitled
2  action, including all parties and claims herein, is hereby dismissed with prejudice.
3  Each party shall bear its own costs and expenses.
4
5  **IT IS SO ORDERED**.
6
7  DATED: April 13, 2012                                    _____
8                                                                         UNITED STATES DISTRICT JUDGE